

**LGR LAW, LLC**
**FEDERAL CRIMINAL DEFENSE**
Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

May 13, 2025

*Via ECF*
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

USA v. Perez Gonzalez
25-CR-00041 (DLC)

Dear Judge Cote,

I represent Armando Perez Jose Gonzalez in the above matter, pursuant to Criminal Justice Act ("CJA"). I write to respectfully request that the Court permit me to submit interim vouchers in this matter. The granting of this request would help assist in the management of our practices and avoid economic hardship of waiting for the matter to be concluded. We anticipate that this matter could continue for quite a long time due to the amount of codefendants, the nature of the case and the voluminous amount of discovery that is involved. Therefore, I respectfully request that the Court authorize me to submit interim vouchers in this case.

Your Honor's time and attention to this matter is greatly appreciated.

Granted.
/s/ Denise Cote
5/20/25

Respectfully Submitted,

Lorraine Gauli-Rufo

Lorraine Gauli- Rufo, Esq.
*Attorney for Armando Jose Perez Gonzalez*