```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :       S1 25cr41-6(DLC)
            -v-                          :
                                         :              ORDER
ARMANDO JOSE PEREZ GONZALEZ,             :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the defendant's request for a change of counsel is scheduled for August 19, 2025 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         August 11, 2025

_____
          DENISE COTE
United States District Judge