```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    S1 25cr41-6(DLC)
            -v-                          :
                                         :         ORDER
ARMANDO JOSE PEREZ GONZALEZ,             :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference to address the defendant's request for a change of counsel scheduled for August 19 is moved to August 20, 2025 at 11:30 AM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          August 14, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge