# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(914) 841-3000
E-MAIL: DKB@DAVIDBERTAN.COM

November 12, 2025

**Via E-mail:**

Hon. Denise L. Cote, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    USA v. Armando Perez Gonzalez
                 25-cr-41 (DLC)

Dear Judge Cote:

    I represent Mr. Perez Gonzalez in the above indictment pursuant to the Criminal Justice Act. Given the voluminous discovery in this matter, and the hours I've spent to date in reviewing the materials, I am respectfully requesting permission to file interim vouchers in this case.

    Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB

*[Handwritten: Granted.]*
*[Signature: Denise Cote]*
*11/13/25*