UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
    UNITED STATES OF AMERICA,           :
                                        :        25cr41-6 (DLC)
                -v-                      :
                                        :        ORDER
    ARMANDO JOSE PEREZ GONZALEZ,        :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    The Court having been informed that the defendant wishes to

enter a change of plea, it is hereby

    ORDERED that a change of plea hearing is scheduled for

**December 9, 2025 at 10:00 PM** in Courtroom 18B, 500 Pearl Street,

New York, NY 10007.

Dated:      New York, New York
            December 8, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge